# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-002**

**Effective Date of Registration:**
April 11, 2025

**Registration Decision Date:**
July 17, 2025

---

## Title

**Title of Work:** Victorian flowers Birds and berries

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 24, 2022
**Nation of 1st Publication:** Ukraine

## Author

- **Author:** Kateryna Shamanska
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Kateryna Shamanska
Maximilianstrasse 159a, Pforzheim, 75172, Germany

## Rights and Permissions

**Name:** Kateryna Shamanska
**Email:** shamanska88@gmai.com
**Address:** Maximilianstrasse 159a
Pforzheim 75172 Germany

## Certification

**Name:** David Denholm
**Date:** April 11, 2025
**Applicant's Tracking Number:** KS2025040942

Page 1 of 2

