UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-cv-21413

KATERYNA SHAMANSKA,

        Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND E-COMMERCE NAME

| No. | Defendant E-commerce Name |
|---|---|
| 1 | Djaby |
| 2 | WangLiNa123 |
| 3 | yao peng3 |
| 4 | Chocolatemaoutdash |
| 5 | XIBAODAN |
| 6 | CHENGSHIYI |
| 7 | Beautiful Quality Home Shop |
| 8 | MENGXIANGSHI |
| 9 | GuyueHome |
| 10 | xianjiekeji |
| 11 | FlagVerve |
| 12 | ZR MD |
| 13 | Star Mugs |
| 14 | SnipIt |
| 15 | YXYhoome |
| 16 | ChicTeeHub |
| 17 | StitchCrafted |
| 18 | The Cozy Wardrobe |
| 19 | Emporium MD |